# THE MARKS LAW FIRM, P.C.

August 28, 2019

**Via: ECF**
Honorable Sanket J. Bulsara
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East, Courtroom 324N
Brooklyn, NY 11201

        **RE:** **Prisciliano Cristobal Bonifacio v. Jorge Aldaz et al.**
               Docket: 1:19-cv-02168-LDH-SJB

Dear Judge Bulsara,

    The Parties respectfully request an adjournment of the Initial Conference currently scheduled for August 30, 2019. The Parties are engaged in settlement discussions and believe they may be able to come to a resolution prior to further litigation. Therefore, in order to preserve judicial resources and reduce litigation costs, the Parties request a thirty (30) day adjournment of the Initial Conference in order to engage in settlement negotiations. This is the third request for an adjournment.

    We thank you and the Court for its time and consideration on this matter.

                                        Respectfully Submitted,

                                        The Marks Law Firm, P.C.

                                By:_____
                                        Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com